**SECOND DIVISION**
**ELLINGTON C. J.,**
**MILLER, P.J., and DOYLE, P.J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)**
**http://www.gaappeals.us/rules/**

**March 18, 2013**

# In the Court of Appeals of Georgia

A11A0284, A11A0285. HOOVER v. MAXUM INDEMNITY COMPANY; and vice versa.

MILLER, Presiding Judge.

The Supreme Court of Georgia granted certiorari in these cross appeals, and in *Hoover v. Maxum Indemnity Company*, 291 Ga. 402 (730 SE2d 413) (2012), reversed the judgment of this Court. We therefore vacate our prior opinion in *Hoover v. Maxum Indemnity Company*, 310 Ga. App. 291 (712 SE2d 661) (2011), and adopt the judgment of the Supreme Court as the judgment of this Court.

*Judgment reversed. Ellington, C. J., and Doyle, P. J., concur.*